

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-18-2011

# CBS Corporation v. FCC

Precedential or Non-Precedential: Precedential

Docket No. 06-3575

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"CBS Corporation v. FCC" (2011). *2011 Decisions.* Paper 132.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/132

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____
No. 06-3575
_____

CBS CORPORATION;
CBS BROADCASTING INC.;
CBS TELEVISIONSTATIONS INC.;
CBS STATIONS GROUP OF TEXAS L.P.;
and KUTV HOLDINGS, INC.,
Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,
Respondents

_____

Petition for Review of Orders of the
Federal Communications Commission
FCC Nos. 06-19 and 06-68
_____

Argued September 11, 2007
Decided July 21, 2008
Certiorari Granted, Judgment Vacated and Remanded
from the Supreme Court of the United States
May 4, 2009
Argued on Remand February 23, 2010


Before: SCIRICA, RENDELL and FUENTES, <u>Circuit Judges</u>


ORDER AMENDING OPINION


During the course of the litigation Mr. Jerome Shestack co-counsel for CBS joined the law firm of Schnader Harrison Segal & Lewis, LLP, but did not file a change of address with the Clerk. Mr. Shestack has since passed away.

At the direction of the Court it is hereby O R D E R E D that the opinion shall be amended to reflect the change as follows:

Jerome J. Shestack, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: November 18, 2011